Pittsburgh, etc., R. Co. *v.* McIntosh—187 Ind. 728.

(Transferred from the Appellate Court under §1405 Burns 1914, Acts 1901 p. 590.) *Affirmed.*

*Major A. Downing,* for appellant.
*Phil J. Pharis* and *Joseph A. Roberts,* for appellee.

TOWNSEND, J.—Relator obtained judgment against appellant as surety on the bond of the relator's depository of public funds. The questions raised by appellant are the same as those decided in *Equitable Surety Co.* v. *Board, etc.* (1917), 186 Ind. 650, 117 N. E. 860.

The judgment is therefore affirmed.

---

## PITTSBURGH, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY *v.* KOEHLER.

[No. 23,200.   Filed December 11, 1918.]

From Marion Superior Court (99,871); *John J. Rochford,* Judge.

Action by George W. Koehler against the Pittsburgh, Cincinnati, Chicago and St. Louis Railway Company. From a judgment for the plaintiff, the defendant appeals. *Reversed.*

*Samuel O. Pickens, Charles W. Moores, R. F. Davidson* and *Owen Pickens,* for appellant.
*Pliny W. Bartholomew,* for appellee.

SPENCER, J.—The issues presented by this appeal are identical with those which were considered in *Pittsburgh, etc., R. Co.* v. *Miller* (1918), *ante* 684, 119 N. E. 801, and, on the authority of that decision, we hold in this case that the trial court erred in sustaining appellee's demurrer to appellant's fifth paragraph of answer.

Judgment reversed, with instructions to overrule the demurrer to said fifth paragraph of answer, and for further proceedings not inconsistent herewith.

---

## PITTSBURGH, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY *v.* McINTOSH.

[No. 23,201.   Filed December 17, 1918.]

From Marion Superior Court (99,116); *John J. Rochford,* Judge.

Action by William B. McIntosh against the Pittsburgh, Cincinnati, Chicago and St. Louis Railway Company. From a judgment for the plaintiff, the defendant appeals. *Reversed.*

Pittsburgh, etc., R. Co. *v.* Campfield—187 Ind. 729.

*Samuel O. Pickens, Charles W. Moores, R. F. Davidson, Owen Pickens, C. B. Heiserman* and *E. H. Seneff*, for appellant.
*Pliny W. Bartholomew*, for appellee.

SPENCER, J.—The issues presented by this appeal are identical with those which were considered in *Pittsburgh, etc., R. Co.* v. *Miller* (1918), *ante* 684, 119 N. E. 801, and, on the authority of that decision, we hold in this case that the trial court erred in sustaining appellee's demurrer to appellant's fifth paragraph of answer.

Judgment reversed, with instructions to overrule the demurrer to said fifth paragraph of answer, and for further proceedings not inconsistent herewith.

---

PITTSBURGH, CINCINNATI, CHICAGO AND ST. LOUIS
RAILWAY COMPANY *v.* CAMPFIELD.

[No. 23,202. Filed December 19, 1918.]

From Marion Superior Court (99,866); *John J. Rochford,* Judge.

Action by Charles W. Campfield against the Pittsburgh, Cincinnati, Chicago and St. Louis Railway Company. From a judgment for the plaintiff, the defendant appeals. *Reversed.*

*Samuel O. Pickens, Charles W. Moores, R. F. Davidson, Owen Pickens, C. B. Heiserman,* and *E. H. Seneff,* for appellant.
*Pliny W. Bartholomew,* for appellee.

SPENCER, J.—The issues presented by this appeal are identical with those which were considered in *Pittsburgh, etc., R. Co.* v. *Miller* (1918), *ante* 684, 119 N. E. 801, and, on the authority of that decision, we hold in this case that the trial court erred in sustaining appellee's demurrer to appellant's fifth paragraph of answer.

Judgment reversed, with instructions to overrule the demurrer to said fifth paragraph of answer, and for further proceedings not inconsistent herewith.